**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-7311**

———————

JOHN WILLIAM MUNSON,

Plaintiff - Appellant,

versus

JANET RENO; STEPHEN DEWALT,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh.  Terrence W. Boyle, Chief Dis-
trict Judge.  (CA-00-550-5-BO)

———————

Submitted:  January 18, 2001          Decided:  January 25, 2001

———————

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

John William Munson, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John William Munson appeals the district court's order dismissing as frivolous his action pursuant to Bivens v. Six Named Unknown Agents of Fed. Bureau of Narcotics, 403 U.S. 338 (1971). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Munson v. Reno, No. CA-00-550-5-BO (E.D.N.C. Aug. 10, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED